James A. Pixton (Bar No. 193263)
• PIXTON BANKRUPTCY LAW •
P.O. Box 2820
Alameda • CA  94501
Telephone (510) 451-6200
Fax (510) 521-8849

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:      VIDAL ALDAZ GUTIERREZ,

            Debtor(s)

Case No.: 13-30724

Chapter 13

**EX PARTE MOTION TO TRANSFER VENUE [LOCAL RULE 1002-1(C)]**

DATE: NOT APPLICABLE
TIME:
PLACE:
JUDGE:

NOW COMES(S) DEBTOR(S) VIDAL ALDAZ GUTIERREZ (the "Debtor(s)"), the Debtor(s) in the instant Chapter 13 case pending before this Court, and move(s) the Court for an Order transferring this case to the Oakland Division. The Debtor resides in San Francisco but owns real property in Oakland. For this reason, the Debtor could have properly filed either in the San Francisco Division or the Oakland Division of this Court. This case (the "Case") was filed electronically through ECF by James A. Pixton and Pixton Bankruptcy Law, the attorneys of record for the Debtor (the "Attorney"). The Attorney used BestCase bankruptcy preparation software. Although the Attorney had intended to file the Case in Oakland, when he prepared the documents, BestCase chose the venue based on the home address of the Debtor. The Attorney did not realize that the case was being filed in San Francisco until after the electronic filing had taken place. Because the Attorney is an East Bay law office and the Attorney is more familiar

Motion to Transfer Venue - 1                    • PIXTON BANKRUPTCY LAW •
                                                      P.O. Box 2820
                                                    Alameda • CA  94501
                                              Phone (510) 451-6200 • Fax (510) 521-8849

Case: 13-30724    Doc# 11    Filed: 05/17/13    Entered: 05/17/13 18:07:38    Page 1 of 2

with practice and procedure in the Oakland Division, the Debtor requests that the Case be transferred to the Oakland Division pursuant to Local Rule 1002-1(c).

For the foregoing reasons, the Debtor prays for an Order from this Court transferring the Case to the Oakland Division, and granting such other relief as is necessary and just.

Dated: May 17, 2013                    PIXTON BANKRUPTCY LAW

                                            By: /s/James A. Pixton
                                            James A. Pixton, Attorney for Debtor(s)

Motion to Transfer Venue - 2

• PIXTON BANKRUPTCY LAW •
P.O. Box 2820
Alameda • CA 94501
Phone (510) 451-6200 • Fax (510) 521-8849

Case: 13-30724    Doc# 11    Filed: 05/17/13    Entered: 05/17/13 18:07:38    Page 2 of 2